UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2018 OCT 24 P 1:17

U.S. DISTRICT COURT
NEW HAVEN, CT.

| | | |
|---|---|---|
| IN THE MATTER OF AN APPLICATION | : | |
| OF THE UNITED STATES OF AMERICA | : | NO. 3:18mj1691(CSH) |
| FOR AN ORDER AUTHORIZING THE | : | |
| INSTALLATION AND USE OF PEN- | : | **FILED UNDER SEAL** |
| REGISTER DEVICE OR PROCESS, THE | : | |
| INSTALLATION AND USE OF A TRAP-AND- | : | December 4, 2012 |
| TRACE DEVICE OR PROCESS | : | |

**FIRST APPLICATION**

Anastasia E. King, an attorney of the United States Department of Justice and an

Assistant United States Attorney, hereby applies to the Court for an order authorizing the

installation and use of a pen-register device or process, and the installation and use of a trap-and-

trace device or process on cellular telephone number **203-415-9512**, (**"Target Telephone 4")**, a

prepaid cellular phone subscribed in the name ANNE MARIE GOPHONE, 123 YOUR

STREET, YOUR TOWN, GA 06477, but believed to be utilized by Eugene "Rooster ONOFRIO,

with service provided by AT&T Mobility, sometimes known as AT&T Wireless (hereinafter

"AT&T Mobility" or the "Company"). In support of this application, the applicant states the

following:

1.      Applicant is an "attorney for the Government" as defined in Rule 1(b)(1) of the

Federal Rules of Criminal Procedure, and therefore, pursuant to 18 U.S.C. § 3122, may apply for

an order authorizing the installation and use of a pen-register device or process; and the

installation and use of a trap-and-trace device or process.

2.      This is the first application for the installation of pen register and trap-and-trace

devices on **Target Telephone 4** in this investigation.

1

3.      Applicant certifies that the FBI is conducting a criminal investigation of Eugene "Rooster" ONOFRIO ("Onofrio") and others known and as yet unknown in connection with possible violations of Title 18 U.S.C. §1962(d); that it is believed that Onofrio is using the **Target Telephone 4**; and that there are reasonable grounds to believe the information likely to be obtained by the installation and use of a pen-register device or process and trap-and-trace device or process is relevant to the ongoing criminal investigation, as required by Title 18, United States Code, Section 3123.

4.      The FBI Agent on this case has informed the applicant that according to the Company, it is providing service to the **Target Telephone 4**, a prepaid cellular telephone subscribed in the name ANNE MARIE GOPHONE, 123 YOUR STREET, YOUR TOWN, GA 06477.

5.      Applicant requests that the Court issue an order, for a period of sixty (60) days, commencing on the date and time of the order, without geographical limitation, authorizing the installation and use of: (a) a pen register to register numbers dialed or pulsed from the **Target Telephone 4**, to record the date and time of such dialings or pulsings, and to record the length of time the telephone receivers in question are off the hook for incoming or outgoing calls, and (b) a trap-and-trace device that captures the incoming electronic or other impulses which identify the originating numbers or other dialing, routing, addressing, or signaling information likely to identify the sources of wire or electronic communications and to record the date, time, and duration of calls created by such incoming impulses transmitted to **Target Telephone 4**.

6.      The applicant further requests that the order direct the furnishing of information, facilities, and technical assistance necessary to unobtrusively accomplish the installation and use

of the pen-register device or process, and trap-and-trace device or process, by the Company with reasonable compensation to be paid by the applicant for reasonable expenses incurred in providing such facilities and assistance.

7.      The applicant further requests that the authorization given apply not only to the number assigned to the **Target Telephone 4,** but also to any other numbers subsequently listed to the same subscriber and/or subsequently assigned to an instrument bearing the same IMSI, UFMI, or MSID, or account number as the **Target Telephone 4** within the sixty (60) day period.

8.      Further the applicant requests that this order apply not only to the Company, but to any other communications provider who may provide service to the **Target Telephone 4** and/or the IMSI, UFMI, MSID number(s) during the sixty (60) day period of this Order.

9.      The applicant further requests that the Court seal this Application and Order, and the Order to Service Provider because premature disclosure of the same would compromise the success of the investigation, except that a copy of the Application, the Court's Order and the Order to Service Provider may be provided to the FBI, and a copy of the Order to Service Provider may be provided to the Company.

10.     The applicant requests that, pursuant to 18 U.S.C. § 3123(d), to avoid prejudice to the criminal investigation, the Company and its agents and employees not disclose or cause a disclosure of the Order to Service Provider or the request for assistance or the existence of this investigation under penalty of criminal prosecution to any person other than those of their agents and employees who require this information to accomplish the services hereby ordered, unless and until otherwise ordered by this Court.  In particular, no such disclosure may be made to a lessee, telephone subscriber, or any other person, unless or until otherwise ordered by the Court.

11.     The applicant requests that to avoid prejudice to the ongoing criminal investigation, as with the original order, an employee of the Company is to maintain a list showing each person having knowledge of the Order to Service Provider and/or what it authorizes as well as the date and time each person first learned of that information and by whom they learned of it.

I declare under penalty of perjury that the foregoing is true and correct.

ANASTASIA E. KING
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. 24192
157 Church Street
New Haven, CT 06510
(203) 821-3700